UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PANTHER PARTNERS INC., individually and on behalf of all others similarly situated,

Plaintiff,

- v. -

JIANPU TECHNOLOGY INC., et al.,

Defendants.

**ORDER**

18 Civ. 9848 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

By May 3, 2021, the parties will submit a joint letter stating whether settlement negotiations have been successful.

Dated: New York, New York
April 20, 2021

SO ORDERED.

_Paul G. Gardephe_

Paul G. Gardephe
United States District Judge