UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PANTHER PARTNERS INC., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>JIANPU TECHNOLOGY INC., DAQING (DAVID) YE, YILU (OSCAR) CHEN, JIAYAN LU, CAOFENG LIU, CHENCHAO ZHUANG, JAMES QUN MI, KUI ZHOU, YUANYUAN FAN, DENNY LEE, RONG360 INC., GOLDMAN SACHS (ASIA) L.L.C., GOLDMAN SACHS & CO. LLC, MORGAN STANLEY & CO. INTERNATIONAL PLC, J.P. MORGAN SECURITIES LLC, CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, CHINA RENAISSANCE SECURITIES (US) INC., LAW DEBENTURE CORPORATE SERVICES INC. and GISELLE MANON, inclusive,<br><br>　　　　　　　　　Defendants. | Civil Action No. 1:18-cv-09848-PGG<br><br><u>CLASS ACTION</u><br><br>LEAD COUNSEL'S NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND AN AWARD TO PLAINTIFF PURSUANT TO 15 U.S.C. §77z-1(a)(4) |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Lead Counsel will move this Court on May 12, 2022, at 11:00 a.m., before the Honorable Paul G. Gardephe at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 705, New York, New York 10007, or as soon thereafter as the parties can be heard, for an entry of order, pursuant to Rule 23 of the Federal Rules of Civil Procedure: (i)

- 1 -

awarding attorneys' fees; (ii) paying litigation expenses incurred in prosecuting the Action; and (iii) granting an Award to Plaintiff.[1]

This motion is based on: (i) the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses and an Award to Plaintiff Pursuant to 15 U.S.C. §77z-1(a)(4); (ii) the Joint Declaration of Erin W. Boardman and Todd Kammerman in Support of: (1) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation; and (2) Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses and an Award to Plaintiff Pursuant to 15 U.S.C. §77z-1(a)(4); (iii) the Declaration of Lead Plaintiff; (iv) the Declaration of Ross D. Murray; (v) the Declarations of Lead Counsel; (vi) the Stipulation of Settlement; and (vii) all other proceedings herein.

A proposed order will be submitted with Lead Plaintiff's reply submission on or before May 5, 2022.

DATED:  February 18, 2022            Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
ERIN W. BOARDMAN
MAGDALENE ECONOMOU

s/Erin W. Boardman
ERIN W. BOARDMAN

---

[1] Unless stated otherwise, all capitalized terms used herein have the meanings set forth and defined in the Stipulation of Settlement.

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
eboardman@rgrdlaw.com
meconomou@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423
elleng@rgrdlaw.com

ABRAHAM, FRUCHTER
  & TWERSKY, LLP
JACK G. FRUCHTER
LAWRENCE D. LEVIT
TODD KAMMERMAN
450 Seventh Avenue, 38th Floor
New York, NY 10123
Telephone: 212/279-5050
212/279-3655 (fax)
jfruchter@aftlaw.com
llevit@aftlaw.com
tkammerman@aftlaw.com

Lead Counsel for Lead Plaintiff

## CERTIFICATE OF SERVICE

I, Erin W. Boardman, hereby certify that on February 18, 2022, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to received such notice.

s/ Erin W. Boardman
ERIN W. BOARDMAN
